**Order filed March 25, 2014.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00961-CR
_____

### ERIC GUY MARKLE, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the County Criminal Court at Law No. 8
Harris County, Texas
Trial Court Cause No. 1859025**

## ORDER

Appellant is represented by retained counsel, Charles G. Kingsbury. No reporter's record has been filed in this case. Sondra Humphrey, the court reporter for this case, informed this court that appellant had not made arrangements for payment for the reporter's record. On February 26, 2014, the clerk of this court notified appellant that we would consider and decide those issues that do not require a reporter's record unless appellant, within 15 days of notice, provided this court with proof of payment for the record. *See* Tex. R. App. P. 37.3(c). Appellant filed no response. Accordingly, we issue the following order:

We **ORDER** appellant's retained counsel**, Charles G. Kingsbury**, to file a brief in this appeal on or before **April 24, 2014.** If Charles G. Kingsbury does not timely file the brief as ordered, the court will consider issuing an order for a hearing in the trial court or a show cause order directing counsel to appear before this court on a date certain to show cause why he should not be held in contempt for failing to file the brief as ordered.

PER CURIAM